*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, STEWART, and BAKER
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Keith T. FANELLI**
Boatswain's Mate Petty Officer Second Class (E-5), U.S. Navy
Appellant

**No. 202000089**

Decided: 27 October 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Wilbur Lee

Sentence adjudged 23 December 2019 by a general court-martial convened at Joint Base Pearl Harbor-Hickam, Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eight months, forfeiture of all pay and allowances, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Jaqueline Leonard, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

However, we note that the Entry of Judgment does not reflect the disposition of the original Charge and Specification. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998). In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202000089** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Keith T. FANELLI**<br>**Boatswain's Mate Petty Officer**<br>**Second Class (E-5)**<br>**U.S. Navy**<br>*Accused* | *As Modified on Appeal*<br><br>**27 October 2020** |

On 23 December 2019, the Accused was tried at Joint Base Pearl Harbor-Hickam, Hawaii, by a general court-martial, consisting of a military judge sitting alone. Military Judge Wilbur Lee presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Specification:** **Sexual Assault on or about 18 June 2018.**

> *Plea:* Not Guilty.
> *Finding:* Dismissed.

**Additional Charge I:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Assault Consummated by a Battery on or about 18 June 2018.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge II:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **False Official Statement on or about 16 July 2018.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 23 December 2019, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for 8 months.**

**Forfeiture of all pay and allowances.**

**A bad-conduct discharge.**

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court